IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**TRUSTEES OF THE EMPLOYEE
PAINTERS' TRUST,**

No. 3:20-cv-00902-YY

Plaintiffs,

v.

OPINION AND ORDER

**SILVERTON GLASS, LLC et al.,**

Defendants.


**MOSMAN, J.,**

On April 28, 2021, Magistrate Judge Youlee Yim You issued her Findings and
Recommendation (F. & R.) [ECF 15]. Judge You recommends that I grant Plaintiffs' Motion for
Default Judgment [ECF 12]. No objections were filed. I agree with Judge You and ADOPT her
recommendations in full.

STANDARD OF REVIEW

The magistrate judge makes only recommendations to the court, to which any party may
file written objections. The court is not bound by the recommendations of the magistrate judge
but retains responsibility for making the final determination. The court is generally required to
make a de novo determination regarding those portions of the report or specified findings or
recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F. & R. to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F. & R. depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F. & R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I ADOPT Judge You's F. & R. [ECF 15] as my own opinion, and I GRANT Plaintiffs' Motion for Default Judgment [ECF 12].

IT IS SO ORDERED.

DATED this  21  day of May, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge